

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00355-CR

HUMBERTO ROSALES CRUZ
v.
THE STATE OF TEXAS

On Appeal from the
389th District Court of Hidalgo County, Texas
Trial Court Cause No. CR-2827-14-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

October 26, 2023